UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Alsey Williams,<br><br>                    Plaintiff,<br>     v.<br><br>Collection Technology, Inc.; and DOES 1-10, inclusive,<br><br>                    Defendants. | :<br>:<br>:<br>:<br>:<br>: Civil Action No.:  3:11-cv-00659-JBA<br>:<br>:<br>:<br>:<br>: |

NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated July 12, 2011

Respectfully submitted,

PLAINTIFF, Alsey Williams

/s/ Sergei Lemberg

Sergei Lemberg, Esq.
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (877) 795-3666
slemberg@lemberglaw.com

**CERTIFICATE OF SERVICE**

**I hereby certify that on July 12, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.**

        **By  /s/ Sergei Lemberg**

        **Sergei Lemberg**